UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BOARDWALK PROPERTY,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Defendant. | 2:23-CV-11696<br><br>**ORDER OF DISMISSAL**<br><br>HONORABLE<br>GERSHWIN A. DRAIN |

The Court was notified that the parties had reached a resolution in this matter.  Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.  The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement.  *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

BY THE COURT:


/s/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

DATED: March 29, 2024